1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   AKIKA PARKER,                              No.  2:16-cv-2011 TLN AC (PS)

12                Plaintiff,

13         v.                                   FINDINGS AND RECOMMENDATIONS

14   FACEBOOK, et al.,

15                Defendants.

16

17         Plaintiff is proceeding in this action pro se.  The action was accordingly referred to the

18   undersigned for pretrial matters by E.D. Cal. R. ("Local Rule") 302(c)(21).  On September 30,

19   2016, the court denied plaintiff's application to proceed in form pauperis ("IFP") because the

20   application omitted information about plaintiff's income.  ECF No. 4.  The court granted plaintiff

21   30 days to renew the IFP application with all entries on the form completed, or to pay the filing

22   fee.  Plaintiff was cautioned that failure to comply could lead to a recommendation that the action

23   be dismissed.

24         Plaintiff failed to comply with the court's order.  Instead, plaintiff filed requests for entry

25   of default against defendants Facebook and Yahoo.  ECF Nos. 5, 7.  The requests were properly

26   denied by the Clerk of the Court.  ECF Nos. 6, 8.

27         Therefore, IT IS HEREBY RECOMMENDED that this action be dismissed, without

28   prejudice, for failure to pay the filing fee, for lack of prosecution and for failure to comply with

1    the court's order.  See Olivares v. Marshall, 59 F.3d 109, 112 (9th Cir. 1995) (affirming dismissal

2    for failure to pay partial filing fee under IFP statute); Fed. R. Civ. P. 41(b) (lack of prosecution);

3    Local Rule 110 (failure to comply with court orders).

4            These findings and recommendations are submitted to the United States District Judge

5    assigned to this case, pursuant to the provisions of  28 U.S.C. § 636(b)(l).  Within twenty-one

6    (21) days after being served with these findings and recommendations, plaintiff may file written

7    objections with the court.  Such document should be captioned "Objections to Magistrate Judge's

8    Findings and Recommendations."  Local Rule 304(d).  Plaintiff is advised that failure to file

9    objections within the specified time may waive the right to appeal the District Court's order.

10   Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

11   DATED: November 8, 2016

12                                               _____
                                                 ALLISON CLAIRE
13                                               UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28