Letter to Judge.

Ms. Parker has been receiving harassment from the various entities due to a larger situation that has not if it will EVER trickle down into the common mass media but with the copret being in charge of the mass media and several other large businesses, I reserve the right to pursue how I see fit and may not be harassed.

Ms. Parker experienced a home invasion in 2015, the persons act like a friend of her roommate to get close to Ms. Parker. The invaders stalked Ms. Parker found out who her roommate is due to a common group of persons that has been secretly stalking Ms. Parker, they even seem to had kidnapped her husband, killed people, robbed bank accounts etc. This is a serious situation! The stalkers attached themselves to Ms. Parker as leaches! Acting like her family over the years, or just being too close to her family, while harassing them and trying to discredit the family along the way. They got around our people for a "good look" and where secretly stalking us! Ms. Parker just recently found out, and without even thicking about it started being harassed by Police she isn't sure are real or security from the WB in Los Angeles that are being paid to give them their way and impersonate officers! They created Securitose and use those security like Police! They attacked Ms. Parker and the Authorities refused to adhere or listen to Ms. Parker who is clearly in distress!

These stalkers seem to now be after Ms. Parker sole earned Corporate funding and trying it seems very hard to discredit, invade and take over Ms. Parker's corporate online industry, which they may not! They may also never have ANY right to ANYTHING!!! That is Ms. Parker's.

Ms. Parker family helped to establish America over the past 100 years and taking multiple political and social leads, and building serveral corporations, that they want and have no ties to, so they have done SOMETHING! Because they are putting out terrible defaming news to the masses about our businesses! They could even have a man (Ms. Parker's husband his kidnappers are ISIS) kidnapped in Ms. Parker's



FILED

MAR 14 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

house and the Police haven't been of any help so far! It's been two years! All the police done is harass Ms. Parker who is honestly trying to inform them on a punitive California & U.S.A current potential situation. They may be old criminals and incubators of relentless excuses that they make seem is good enough for Police, which I hear the BS and the authorities ask NO QUESTIONS and have given stalkers free rain in Ms. Parker's home! That may not have been the thing to do! Those may be stalking bums that "work in Hollywood" (Façade) and need to hide out from "ACTING RICH" etc. They may have invaded Ms. Parker's entire neighborhood and surrounding communities and their understanding and L.A Gangster style ridiculous stupid culture only allows them to steal, kill and destroy it seems because that all that has happened. The stalkers are trained to do this, they have all sorts of methods! They speak as witches (Like Salem) Indirect, Rhetoric, Catch 22 etc.

**E.G. Catch 22.**

Ms. Parker returns home from NYC where she worked as a Visual Merchandising Manager for Gap, Inc. and helped to open a new corporate Wall Street location.

Ms. Parker returns home later one morning and is attacked by Thompson (random stalker & attacker). Ms. Parker called the police it took 2 hours (almost as if they had come out, and been sent back and a imposters unit came.) The authorities gave Ms. Parker some instructions and Ms. Parker agreed. Ms. Parker then walks up the lane to her house, they let her in ( Lied about that to the police, said Ms. Parker broke in! No signs of a break in) Ms. Parker entered and Thompson comes yelling to aggravate Ms. Parker who does not have a phone one her, while Thompson is getting on the phone, to call (fake) authorities to Ms. Parker's house. Thompson speaks soft over the phone, the police and spoke to Ms. Parker like a insane person. Once the situation started looking odd, they put a barrier between Ms. Parker and her things that where down the stair in Ms. Parker's portion of the home.

Ms. Parker is then attacked and thrown out of the house on the porch, Ms. Parker walks staggeringly to safety. The police come and attack Ms. Parker who either way you look at it may not and can not be seen as wrong, Ms. Parker is orderly and right! Because they had attacked her, and intended to steal, that was supposed to be some sort of "message" of sorts! Ms. Parker says she has not ever given a fast flyer what they're ignorant behinds had to say and no had that Ms. Parker seen, NOW! After all this NOW people are trying to go too hard for persons who's character they haven't even assets! Ms. Parker even had to stay in jail, after working super hard for years in College, L.A, SF, NYC etc. Ms. Parker thinks they're reaction may just be jealousy! They authorities should get off it and not try or do; discredit someone about something they do not know! Ms. Parker is given a VERY HARD time any time she calls the police now (Thompson is not even a Californian), Ms. Parker has only had to call about this situation. Ms. Parker is a church women and her "husband" a pastor and very respected man! Thompson started even drugging Ms. Parker after meeting him once Christmas. Thompson seems to have redirected Ms. Parker's phone so when he called, or to get his number to locate more information and he may have come to my house after Thompson is told to leave anyways, Thompson invited him in, and possibly hitting while he is sleep waiting for Ms. Parker. Thompson had several men at Ms. Parker's home the day she attacked her and now one that looks similar to the missing person on her Instagram. They are basically like a circus! With masks! Make-Up! Etc. Imagine stut doubles, circus de sole etc. All these people may have these abilities, the longer they wait… Meanwhile Ms. Thompson is stealing or trying to steal all of Ms. Parker's current belongings and leave her without, and Thompson may not do that. Ms. Parker placed an order of protection against her.

They come in large numbers! Who saying too much of anything when 60 people all walk in at once, dressed in uniforms, with cars, guns, etc. Ms. Parker gets Thompson served with orders, the "police" are called by Thompson (seems some random leach) and the police issue her a request of orders that is served, however the full order isn't because I took a plea specifically stating "Ms. Parker plead No

Contest to a Misdemeanor, for being on my own property" Let the court minutes show! If Ms. Parker hadn't have taken the deal she would have had to stay in holding 50 days!!! Ms. Parker is at her house!

Ms. Parker is not served with the final order from Thompson, though the police show it in their system and neglect to mention that the entire thing started due to Ms. Parkers service of her Restraining Order against Thompson, and Ms. Parker sued them civilly and won due to the No Answer. Ms. Parker may have the right to now pursue how she needs to so that she may be victorious.

Ms. Parker is always going to love and protect herself as God created; however, Ms. Parker is NOT going to allow ANYONE! To disrespect her in her own house! Punitive damages!

On her own property, on her phone, etc. Ms. Parker does not have to, therefore reserves the right to pursue legally. Due to the 30 day time frame being up on all of Ms. Parker cases and most with "No Answer" Ms. Parker reserves the right to file a default, in which she has on several cases already:

In the county's where the Plantiff lives:

- 2:16-CV-01926-GEB-KJN.  Parker vs. Sacramento P.D. 08/15/2016-1/19/2017. (Ms. Parker received "No Answer" therefore she is the victor.)

- 2:16-CV-02008-KJM-EFB. Parker vs. Bill.

- 2:16-CV-02009-MCE-DB. Parker vs. Kaiser.

- 2:16-CV-02010-JAM-KJN. Parker vs. LHH (Court Call. No Excuses. CA vs. NYC) (8/23/2016- 1/20/2016.)

- 2:16-CV-02011-TLN-AC. Parker vs. Facebook & Yahoo. (8/23/2016- 2/14/2017.)

- 2:16-CV-02140-TLN-AC.  Parker vs. D.A.Office.

- 2:16-CV-00192-GEB-DB.  Parker vs. J.P. Chase - Internal Theft. (No Civil Rights)

Ms. Parker needs the court to update their tone and record. Your court files say (Ms. Parker files without legal reputation. Ms. Parker is her own legal representation.)